**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**ZOUMAN DEMBELE**
**13321 Dovedale Way, #N**
**Germantown, Maryland 20874**

      **Plaintiff,**

      **v.**

**LEADER TRANSPORTATION,  INC.**
**63 Hook Road**
**Bayonne, New Jersey  07002**

      **Defendant.**

**Case No.: _____**

**[formerly Superior Court of the District of Columbia - Case No. 2017 CA 006619 V]**

---

## NOTICE OF REMOVAL

Defendant Leader Transportation, Inc. ("Leader"), by undersigned counsel, and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby submits this Notice of Removal, removing the above-captioned matter pending in the Superior Court of the District of Columbia to this Court, and in support of this Notice states as follows:

1. On September 28, 2017, Zouman Dembele filed a Complaint styled *Zouman Dembele v. Leader Transportation, Inc.* in the Superior Court of the District of Columbia, Case No. 2017 CA 006619 V.

2. On October 5, 2017, Leader's registered agent received a certified letter containing a Summons directed to Leader, a copy of the Complaint, a copy of the Information Sheet filed by Plaintiff's attorney, and a copy of the Initial Order and Addendum. Copies of those documents are attached hereto as **Exhibit 1**.

3. On November 2, 2017, Leader's undersigned counsel obtained through the District of Columbia Superior Court's online case search system (eAccess) a copy of an

Affidavit of Service of Process filed with the Superior Court of the District of Columbia, a copy of which is attached hereto as **Exhibit 2**.

4.    The attachments at Exhibits 1 and 2 hereto constitute the entirety of the documents which have been served upon Leader and obtained by Leader's counsel, and are the entirety of the documents on file in the Superior Court of the District of Columbia.

5.    According to the Complaint, the Plaintiff resides in the State of Maryland. Undersigned counsel's investigation of the Plaintiff shows that he is either a citizen of Maryland where he resides, or a citizen of the District of Columbia where he is registered to vote, had registered motor vehicles, and had resided before moving to Maryland in approximately January 2015.   Undersigned counsel has not found any information indicating Plaintiff is a citizen of the State of New Jersey.

6.    Leader is a New Jersey corporation with its principal place of business in Bayonne, New Jersey.  Attached hereto as **Exhibit 3** is a copy of its Certificate of Incorporation filed with the State of New Jersey.

7.    This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1332. There is complete diversity of citizenship among the necessary and properly named parties.   The amount in controversy, exclusive of interest and costs, exceeds $75,000.00.  *See* Complaint attached as part of Exhibit 1 (demanding damages in the amount of $100,000.00).

8.    This Notice is timely pursuant to 28 U.S.C. § 1446(b) because it is filed within 30 days of the date that Leader received service of process on October 5, 2017.

9.    Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the United States District Court for the District of Columbia is the federal judicial district embracing the District of Columbia where this matter was originally filed.

10.   By filing this Notice, Leader does not waive any of its denials, objections, affirmative defenses, or other defenses it may have.  Leader intends no admission of fact, law or liability by this Notice, and expressly reserves all defenses, motions and/or pleas.

11.   Pursuant to 28 U.S.C. § 1446(d), a Notice of Filing of Notice of Removal will be filed with the Superior Court of the District of Columbia substantially in the form attached hereto as **Exhibit 4**.  Leader will serve a copy of this Notice of Removal on Plaintiff in accordance with 28 U.S.C. § 1446(d).

12.   A civil cover sheet for this case is attached hereto as **Exhibit 5**.

WHEREFORE, Defendant Leader Transportation, Inc. respectfully requests that this action be removed to this Court from the Superior Court of the District of Columbia.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.

*/s/ Glenn W. D. Golding*
Robert N. Kelly (Bar No. 287276)
rkelly@jackscamp.com
Glenn W. D. Golding (Bar No. 438017)
ggolding@jackscamp.com
1120 20th Street, N.W.
South Tower, Third Floor
Washington, D.C. 20036-3437
Telephone: (202) 457-1600
Facsimile: (202) 457-1678

*Counsel for Defendant Leader*
*Transportation, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2017, I electronically filed the foregoing Notice of Removal with the Clerk of Court using the CM/ECF System, which will send a notification of such filing (NEF) to the counsel for Plaintiff.

> Peter A. Chapin, Esquire
> Sacks & Chapin, P.C.
> 4720 Montgomery Lane, Suite 330
> Bethesday, Maryland  20814
> *Counsel for Plaintiff*

> */s/ Glenn W. D. Golding*
> Glenn W. D. Golding

4

# EXHIBIT 1



**Superior Court of the District of Columbia**
CIVIL DIVISION
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

ZOUMAN DEMBELE
_____
                                              Plaintiff

vs.                                                           Case Number   2017 CA 006619 V
                                                                            _____

LEADER TRANSPORTATION, INC.
_____
                                              Defendant

## SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

  Peter A. Chapin, Esq.
_____                        *Clerk of the Court*
Name of Plaintiff's Attorney
  Sacks & Chapin, P.C.
  4720 Montgomery Lane, Suite 330                By _____
Address                                                      Deputy Clerk
  Bethesda, Maryland, 20814
_____

  (202) 659-1200
_____                        Date   09/29/2017
Telephone
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요    የአማርኛ ትርጉም አማጊ ከፈለጉ (202) 879-4828 ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

Filed
D.C. Superior Court
09/22/2017 12:28PM
Clerk of the Court

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

ZOUMAN DEMBELE     :
13321 Dovedale Way, #N
Germantown, Maryland, 20874  :

   Plaintiff     :    **2017 CA 006619 V**

vs.        :  Civil Action No.:_____

LEADER TRANSPORTATION, INC. :
 Serve: Aleksandr Solovyev
   Resident Agent   :
   63 Hook Road
   Bayonne, New Jersey, 07002 :

   Defendant    :

## COMPLAINT
### (Negligence - Damages- Personal Injuries)

 1. Jurisdiction is conferred by virtue of the District of Columbia Code, 2001 Edition, Subchapter II, §11-921.

 2. On or about Friday, June 26, 2015, at approximately 1:30 A.M., plaintiff, Zouman Dembele, was occupying his stopped and parked taxi-cab-for-hire in a parking lot near 2230 New York Avenue, N.E., Washington, D.C., when suddenly and without warning his vehicle was struck in the rear by a Volvo tractor-trailer truck bearing New Jersey licence plate AP 117W, being driven, by information and belief, by one (1) Walter Lavella and being owned by the defendant, Leader Transportation, Inc.; said collision being the direct, sole, and proximate result of the negligence and carelessness of the operator of said defendant's vehicle and in that person's violation of the Traffic Regulations of the District of Columbia.

LAW OFFICES
SACKS & CHAPIN, P.C.
6720 MONTGOMERY LANE, SUITE 330
BETHESDA, MD 20814
(202) 659-1200

-2-

3.     As a result of the sole negligence and carelessness of the operator of defendant's vehicle, as aforesaid, plaintiff, Zouman Dembele, sustained serious, multiple, and painful injuries requiring large expenditures of money for his necessary medical care and treatment.

4.     Plaintiff, Zouman Dembele, will in the future, be required to expend large additional sums of money for his continuing necessary medical care and treatment.

WHEREFORE, plaintiff, Zouman Dembele demands Judgment against the defendant, Leader Transportation, Inc., in the sum of **ONE HUNDRED THOUSAND ($100,000.00) DOLLARS**, plus interest from the date of Judgment, and the costs of this action.

SACKS & CHAPIN, P.C.

PETER A. CHAPIN,     #0002030
Attorney for Plaintiff
4720 Montgomery Lane
Suite 330
Bethesda, Maryland, 20814
(202) 659-1200
(FAX) (202) 659-1029
pac@sacksandchapin.com

JURY DEMAND

Plaintiff, Zouman Dembele, elects trial by a jury of six (6) persons of all issues involved herein.

PETER A. CHAPIN
Attorney for Plaintiff

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

ZOUMAN DEMBELE

Case Number: 2017 CA 006619 V

vs

Date: September 28, 2017

LEADER TRANSPORTATION, INC.

☐ One of the defendants is being sued
in their official capacity.

Name: *(Please Print)*
Peter A. Chapin

Relationship to Lawsuit

Firm Name:
Sacks & Chapin, P.C.

☒ Attorney for Plaintiff

Telephone No.:          Six digit Unified Bar No.:
(202) 659-1200          002030

☐ Self (Pro Se)

☐ Other:

TYPE OF CASE: ☐ Non-Jury      ☒ 6 Person Jury      ☐ 12 Person Jury
Demand: $ 100,000.00                          Other:

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.:_____   Judge:_____   Calendar #:_____

Case No.:_____   Judge:_____   Calendar#:_____

NATURE OF SUIT:    *(Check One Box Only)*

## A. CONTRACTS

COLLECTION CASES

☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 15 Special Education Fees
☐ 10 Mortgage Foreclosure/Judicial Sale

☐ 07 Personal Property
☐ 09 Real Property-Real Estate
☐ 12 Specific Performance
☐ 13 Employment Discrimination

☐ 14 Under $25,000 Pltf. Grants Consent
☐ 16 Under $25,000 Consent Denied
☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 18 OVER $25,000 Consent Denied

## B. PROPERTY TORTS

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

☐ 03 Destruction of Private Property
☐ 04 Property Damage

☐ 05 Trespass
☐ 06 Traffic Adjudication

## C. PERSONAL TORTS

☐ 01 Abuse of Process
☐ 02 Alienation of Affection
☐ 03 Assault and Battery
☒ 04 Automobile- Personal Injury
☐ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud

☐ 09 Harassment
☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical (Including Wrongful Death)
☐ 16 Negligence- (Not Automobile, Not Malpractice)

☐ 17 Personal Injury- (Not Automobile, Not Malpractice)
☐ 18 Wrongful Death (Not Malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/Oct 14

# Information Sheet, Continued

**C. OTHERS**

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 04 Condemnation (Emin. Domain)
- ☐ 05 Ejectment
- ☐ 07 Insurance/Subrogation
  Under $25,000 Pltf.
  Grants Consent
- ☐ 08 Quiet Title
- ☐ 09 Special Writ/Warrants
  (DC Code § 11-941)

- ☐ 10 T.R.O./ Injunction
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment
- ☐ 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify,
  Vacate Arbitration Award
  (DC Code § 16-4401)

- ☐ 25 Liens: Tax/Water Consent Granted
- ☐ 26 Insurance/ Subrogation
  Under $25,000 Consent Denied
- ☐ 27 Insurance/ Subrogation
  Over $25,000 Pltf. Grants Consent
- ☐ 28 Motion to Confirm Arbitration
  Award (Collection Cases Only)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 30 Liens: Tax/ Water Consent Denied
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower
- ☐ 34 Insurance/Subrogation
  Over $25,000 Consent Denied

**II.**

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  Certificate

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-1519 (a)]
- ☐ 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a) (1)
  (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

_Peter A. Chapin_
Attorney's Signature

September 28, 2017

Date



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Telephone: (202) 879-1133 • Website: www.dccourts.gov

ZOUMAN DEMBELE
Vs.
LEADER TRANSPORTATION, INC.

C.A. No.        2017 CA 006619 V

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the summons, the complaint, and this Initial Order and Addendum. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in Super. Ct. Civ. R. 4(m).

(3) Within 21 days of service as described above, except as otherwise noted in Super. Ct. Civ. R. 12, each defendant must respond to the complaint by filing an answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in Super. Ct. Civ. R. 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an initial scheduling and settlement conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than seven business days before the scheduling conference date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Robert E. Morin

Case Assigned to: Judge WILLIAM M JACKSON
Date:   September 29, 2017
Initial Conference: 9:30 am, Friday, January 12, 2018
Location:  Courtroom 219
           500 Indiana Avenue N.W.
           WASHINGTON, DC  20001

CAIO-60

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Actions Branch. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief   Judge   Robert   E.   Morin

CAIO-60

# EXHIBIT 2

Filed
D.C. Superior Court
10/18/2017 09:49AM
Clerk of the Court

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

ZOUMAN DEMBELE,                                   :

      Plaintiff                                      :

vs.                                                 :   Civil Case No.: 2017 CA 006619 V
                                          **Cal #8  - Judge Jackson**
LEADER TRANSPORTATION, INC.,        :   **ISC: 1-12-18 @ 9:30 A.M. - Ctrm. 219**

      Defendant                                      :

### AFFIDAVIT OF SERVICE OF PROCESS

    I, PETER A. CHAPIN, after having been duly sworn on oath according to law, deposes and says:

    1.    That I am counsel for the plaintiff, Zouman Dembele, in the instant case.

    2.    On or about October 3, 2017, I personally prepared and forwarded, certified mail, return receipt requested, a copy of the Summons and Complaint issued by the Court, together with a copy of plaintiff's Complaint, Information Sheet, and a copy of the Court's Initial Order and Addendum in this matter, to the defendant, Leader Transportation, Inc., serving the defendant's Resident Agent Aleksandr Solovyev, with a copy of the Initial Scheduling Order being before Judge Jackson on January 12, 2018, at 9:30 A.M.

    3.    On October 13, 2017, I received back in the mail the return receipt signed by a person's whose signature is not legible, but is presumed to be defendant's resident agent, Mr. Solovyev, signing for the defendant, as is evidenced by the original return receipt which is attached.

    4.    Pursuant to Rule 4(i)(2), Civil Rules, Superior Court of the District of

LAW OFFICES
SACKS & CHAPIN, P.C.
4730 MONTGOMERY LANE, SUITE 330
BETHESDA, MD 20814
(301) 659-1200

-2-

Columbia, the foregoing constitutes valid Service of Process upon the defendant.

PETER A. CHAPIN,
Attorney for Plaintiff

SUBSCRIBED and SWORN TO before me this 16th day of October, 2017.

Notary Public, D.C.

My Commission Espires: 4|10|2021

KELLY ELISABETH RAMIREZ
Notary Public-Maryland
Prince George's County
My Commission Expires
April 10, 2021

Respectfully submitted,

SACKS & CHAPIN, P.C.

PETER A. CHAPIN,   #002030
Attorney for Plaintiff
4720 Montgomery Lane
Suite 330
Bethesda, Maryland, 20814
Washington, D.C.,  20005
(202) 659-1200
(FAX) (202) 659-1029
pac@sacksandchapin.com

LAW OFFICES
SACKS & CHAPIN, P
4720 MONTGOMERY LANE, SUITE
BETHESDA, MD 20814
(202) 659-1200

PS Form 3811, July 2015 PSN 7530-02-000-9053

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:
Leader Transportation, Inc.
Attn: Aleksandr Solovyey,
Resident Agent
63 Hook Road
Bayonne, New Jersey, 07002

2. Article Number (Transfer from service label)
7013 1090 0000 8358 6713

9590 9402 2176 6193 9887 61

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    □ Agent
                                     □ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from Item 1?  □ Yes
   If YES, enter delivery address below:      □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted
  Delivery
□ Return Receipt for
  Merchandise
□ Signature Confirmation™
□ Signature Confirmation
  Restricted Delivery

Domestic Return Receipt

# EXHIBIT 3

DP

FILED

APR 16 2013

STATE TREASURER

**Title 14 A:2-7 New Jersey Business Corporation Act**

## CERTIFICATE OF INCORPORATION
### (For Use by Domestic Profit Corporations)

**THIS IS TO CERTIFY THAT**, there is hereby organized a corporation under and by virtue of the above noted Statue of the New Jersey Statutes.

1. Name of the Corporation: LEADER Transportation Inc.          010102695 4

2. Registered Agent: Aleksandr Solovyev

3. Registered Office: 63 Hook Road, Bayonne, NJ  07002

4. The purpose(s) for which this corporation is organized is (are) to engage in any activity within the purposes for which corporations may be organized under N.J.S.A. 14A:1-1 et seq.

5. The aggregate number of shares which the corporation shall have authority to issue is:

   **200 with no par value**

6. The first Board of Directors shall consist of one director.

   Aleksandr Solovyev, 63 Hook Road, Bayonne, NJ  07002

7. Name and Address of Incorporator.

   Alexander Almonte, Esq.  119 Washington Ave., Ste 101, Albany, NY 12210

8. The duration of the corporation is unlimited.

**IN WITNESS WHEREOF**, each individual incorporator being over eighteen years of age has signed this certificate, or if the Incorporator is a corporation has caused this Certificate to be signed by its duly authorized officers this 15th day of April, 2013.

Signature: *Alex Almonte*

2576786
4608481

# EXHIBIT 4

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

| | | |
|---|---|---|
| ZOUMAN DEMBELE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2017 CA 006619 V |
| v. | ) | Judge William M. Jackson |
| | ) | |
| LEADER TRANSPORATION, INC., | ) | Next Event: Initial Scheduling |
| | ) | Conference 1/12/18 at 9:30 AM |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL

Please take notice that, on November 3, 2017, Defendant Leader Transportation, Inc. ("Leader"), by undersigned counsel, filed a Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removing this action to the United States District Court for the District of Columbia. A copy of the Notice of Removal is attached hereto as **Exhibit A**.

Pursuant to 28 U.S.C. § 1446(b), removal of the above-captioned matter is complete upon the filing of the Notice of Removal in the United States District Court for the District of Columbia, and this Court can proceed no further unless and until this case is remanded by order of the United States District Court for the District of Columbia.

By filing this Notice and the corresponding Notice of Removal in federal court, Leader does not waive any of its denials, objections, affirmative defenses, or other defenses.

WHEREFORE, Defendant Leader Transportation, Inc. respectfully requests that this Court take all necessary actions to assist in the removal of this action and transfer of the necessary records to the United States District Court for the District of Columbia.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.

_____

Robert N. Kelly (DC Bar No. 287276)
rkelly@jackscamp.com
Glenn W. D. Golding (DC Bar No. 438017)
ggolding@jackscamp.com
1120 20th Street, N.W.
South Tower, Third Floor
Washington, D.C. 20036-3437
Telephone: (202) 457-1600
Facsimile: (202) 457-1678

*Counsel for Defendant Leader Transportation, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2017, a copy of the foregoing was served by CaseFileXpress to:

Peter A. Chapin, Esquire
Sacks & Chapin, P.C.
4720 Montgomery Lane, Suite 330
Bethesday, Maryland  20814
*Counsel for Plaintiff*

_____

Glenn W. D. Golding

2

3659009v.1

# EXHIBIT 5

## CIVIL COVER SHEET

JS-44 (Rev. 6/17 DC)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Zouman Dembele<br>13321 Dovedale Way, #N<br>Germantown, Maryland 20874 | Leader Transportation, Inc.<br>63 Hook Road<br>Bayonne, New Jersey |
| **(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **Montgomery**<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT **Hudson**<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| **(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Peter A. Chapin, Sacks & Chapin, P.C., 4720 Montgomery<br>Lane, Suite 330, Bethesda, Maryland 20814, 202-659-1200 | ATTORNEYS (IF KNOWN)<br>Robert N. Kelly, Glenn W. D. Golding, Jackson & Campbell,<br>P.C., 1120 20th Street, NW, Suite 300, South Tower,<br>Washington, DC 20036, 202-457-1600 |

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ◉ 4 Diversity (Indicate Citizenship of Parties in item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ◉ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ◉ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place an X in one category, A-N, that best represents your Cause of Action and one in a corresponding Nature of Suit)

**○ A. Antitrust**
- ☐ 410 Antitrust

**○ B. Personal Injury/ Malpractice**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☒ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

Other Statutes:
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

**○ E. General Civil (Other)    OR    ○ F. Pro Se General Civil**

Real Property:
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property:
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy:
- ☐ 422 Appeal 27 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions:
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Conditions
- ☐ 560 Civil Detainee – Conditions of Confinement

Property Rights:
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent – Abbreviated New Drug Application
- ☐ 840 Trademark

Federal Tax Suits:
- ☐ 870 Taxes (US plaintiff or defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty:
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

Other Statutes:
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions
- ☐ 470 Racketeer Influenced & Corrupt Organization
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| G. *Habeas Corpus/ 2255* | H. *Employment Discrimination* | I. *FOIA/Privacy Act* | J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus – General<br>☐ 510 Motion/Vacate Sentence<br>☐ 463 Habeas Corpus – Alien Detainee | ☐ 442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loan (excluding veterans) |

| K. *Labor/ERISA (non-employment)* | L. *Other Civil Rights (non-employment)* | M. *Contract* | N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Labor Railway Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 440 Other Civil Rights<br>☐ 445 Americans w/Disabilities – Employment<br>☐ 446 Americans w/Disabilities – Other<br>☐ 448 Education | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights – Voting (if Voting Rights Act) |

**V. ORIGIN**

○ 1 Original Proceeding  ◉ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi-district Litigation  ○ 7 Appeal to District Judge from Mag. Judge  ○ 8 Multi-district Litigation – Direct File

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC 1332, Negligence-Damages-Personal Injury arising out of alleged motor vehicle accident

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | **DEMAND $** 100,000 **JURY DEMAND:** | Check YES only if demanded in complaint YES ☒  NO ☐ |
|---|---|---|---|

| **VIII. RELATED CASE(S) IF ANY** | (See instruction) | YES ☐  NO ☒ | If yes, please complete related case form |
|---|---|---|---|

DATE: ___11-3-2017___   SIGNATURE OF ATTORNEY OF RECORD _(signature)_

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

**I.**  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

**III.**  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

**IV.**  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of the case.

**VI.**  CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

**VIII.**  RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.